| UNITED STATES BANKRUPTCY COURT  Middle District of Pennsylvania | | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|---|
| Name of Debtor(s):  Caridad Perez  Beth A Fisher | | Case Number:  5:2018-bk-02607 | |
| Name of Creditor:  Wells Fargo Bank, N.A. | | | |
| Name of Current Servicer of account:  Wells Fargo Bank, N.A. | | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:  Wells Fargo Bank, N.A.  MAC N9286-01Y  P.O. Box 1629  Minneapolis, MN 55440-9790  Telephone Number: 800-274-7025  Prior notice address:  Wells Fargo Bank, N.A.  MAC N9286-01Y  1000 Blue Gentian Road  Eagan, MN 55121-7700 | | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:  Wells Fargo Bank, N.A.  Attention: Payment Processing  MAC F2302-04C  1 Home Campus  Des Moines, IA 50328  Telephone Number: 800-274-7025 | | | ☐ Check this box if you are changing the address that payments will go to. |
| 1. | Account Number: **4713** UCID: **WFCMGE1802607PAM93574713** | | ☐ Check this box if the account number has changed. |
| 2. | Court Claim Number: **8** | | |
| 3. | **Signature:**  **Check the appropriate box.**  X  I am the creditor.  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  I am the trustee, or the debtor.  I am a guarantor, surety, endorser, or other codebtor.  By: /s/ Mercedes Drees                Date: 09/15/2021  VP Loan Documentation | | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.:  18-02607 |
| **Caridad Perez** | CHAPTER:  13 |
| **Beth A Fisher** | |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before September 15, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Caridad Perez
2522 Holly Lane
Kunkletown, PA 18058

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Beth A Fisher
2522 Holly Lane
Kunkletown, PA 18058

*Debtor's Attorney:*   *By CM / ECF Filing:*

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

*Trustee:*   *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)