| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Caridad Perez & Beth A Fisher |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 1802607 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2023

**New total payment:**
Principal, interest, and escrow, if any: $1068.07

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 1 3

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $368.06   **New escrow payment:** $344.89

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%   **New interest rate:** _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

| Debtor 1 | Caridad Perez & Beth A Fisher | Case number (if known) | 1802607 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Takeschia Jenece Bullock
Signature

Date  11/14/2022

Print: Bullock, Takeschia Jenece
    First Name   Middle Name   Last Name

Title: VP of Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
    Number   Street
P.O. Box 1629
    Address 2
Minneapolis   MN   55440-9790
    City        State   ZIP Code

Contact phone: 800-274-7025

Email: NoticeofPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

Chapter 13 No. 1802607
Judge: Mark J Conway

In re:

Caridad Perez & Beth A Fisher

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 15, 2022 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

    Caridad Perez & Beth A Fisher
    2522 Holly Lane

    Kunkletown PA 18058

    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

    N/A

Debtor's Attorney:

    By Court's CM/ECF system registered email address

    Vincent Rubino
    Newman Williams Mishkin Corveleyn et al
    712 Monroe Street PO Box 511

    Stroudsburg PA 18360-0511

    By Court's CM/ECF system registered email address

    N/A

Trustee:

    By Court's CM/ECF system registered email address

    Jack N Zaharopoulos (Trustee)
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A

    Hummelstown PA 17036

    /s/Takeschia Jenece Bullock
    VP of Loan Documentation



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*
**Statement Date:** November 7, 2022
**Loan number:**
**Property address:**
  209 HEMLOCK LANE
  KUNKLETOWN PA 18058

CARIDAD PEREZ
BETH A FISHER
2522 HOLLY LN
KUNKLETOWN PA 18058-8075

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.
- **Payments**: As of the **January 1, 2023** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has an overage of
> **$8.59**
> The refund check is attached

## Part 1 - Mortgage payment

**New Payment** — The new total payment will be **$1,068.07**

|  | Previous payment through 12/01/2022 payment date | New payment beginning with the 01/01/2023 payment |
|---|---|---|
| **Principal and/or interest** | $723.18 | $723.18 |
| **Escrow payment** | $368.06 | $344.89 |
| **Total payment amount** | $1,091.24 | $1,068.07 |

> **No action required**
>
> Starting **January 1, 2023** the new contractual payment amount will be **$1,068.07**

See Page 2 for additional details.





Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

WELLS FARGO BANK NA
WELLS FARGO BANK N.A
G/708

17-0001
0910

| Mo | Day | Year |
|---|---|---|
| 11 | 08 | 22 |

**VOID ** FOR DISPLAY ONLY ** VOID**

For payment of escrow to mortgagor

**EIGHT AND 59/100 DOLLARS**

Pay to the order of
CARIDAD PEREZ
BETH A FISHER
2522 HOLLY LN
KUNKLETOWN PA 18058-8075

Amount
$8.59

Void if not cashed within 180 days

_Authorized signature_

10530756 Desc

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $4,138.57. For the coming year, we expect the amount paid from escrow to be $4,138.57.

### How was the escrow payment calculated?
To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 01/20 - 12/20 (Actual) | 01/21 - 12/21 (Actual) | 01/22 - 11/22 (Actual) | 01/23 - 12/23 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,104.44 | $3,185.53 | $3,158.57 | $3,158.57 | ÷ | 12 | = | $263.21 |
| **Property insurance** | $848.00 | $959.00 | $980.00 | $980.00 | ÷ | 12 | = | $81.67 |
| **Total taxes and insurance** | $3,952.44 | $4,144.53 | $4,138.57 | $4,138.57 | ÷ | 12 | = | $344.89 |
| **Escrow shortage** | $0.00 | $0.00 | $272.04 | $0.00 |  |  |  |  |
| **Total escrow** | $3,952.44 | $4,144.53 | $4,410.61 | $4,138.57 |  |  |  | $344.89 |

### Projected escrow account activity over the next 12 months
To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance September, 2023 |  | $698.35 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $689.76 | (Calculated as: $344.89 X 2 months) |
| **Escrow overage** | = | $8.59 |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.


FEDERAL RESERVE BOARD OF GOVERNORS REG. CC
THE SECURITY FEATURES ON THIS DOCUMENT INCLUDE A MICROPRINT SECURITY BORDER AND SECURITY SCREEN. ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE ★
ENDORSE HERE

**Loan Number:**

## Part 3 - Escrow account projections

Escrow account projections from January, 2023 to December, 2023

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Dec 2022 | | | Starting balance | $1,732.91 | $1,724.32 |
| Jan 2023 | $344.89 | $0.00 | | $2,077.80 | $2,069.21 |
| Feb 2023 | $344.89 | $0.00 | | $2,422.69 | $2,414.10 |
| Mar 2023 | $344.89 | $0.00 | | $2,767.58 | $2,758.99 |
| Apr 2023 | $344.89 | $512.83 | POLK TOWNSHIP (6) | $2,599.64 | $2,591.05 |
| Apr 2023 | $0.00 | $980.00 | STATE FARM INS | $1,619.64 | $1,611.05 |
| May 2023 | $344.89 | $0.00 | | $1,964.53 | $1,955.94 |
| Jun 2023 | $344.89 | $0.00 | | $2,309.42 | $2,300.83 |
| Jul 2023 | $344.89 | $0.00 | | $2,654.31 | $2,645.72 |
| Aug 2023 | $344.89 | $0.00 | | $2,999.20 | $2,990.61 |
| Sep 2023 | $344.89 | $2,645.74 | PLEASANT VALLEY SD (6) | $698.35 | $689.76 |
| Oct 2023 | $344.89 | $0.00 | | $1,043.24 | $1,034.65 |
| Nov 2023 | $344.89 | $0.00 | | $1,388.13 | $1,379.54 |
| Dec 2023 | $344.89 | $0.00 | | $1,733.02 | $1,724.43 |
| Totals | $4,138.68 | $4,138.57 | | | |

## Part 4 - Escrow account history

Escrow account activity from January, 2022 to December, 2022

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jan 2022 | | | | | | | Starting Balance | $1,454.76 | $1,726.80 | -$272.04 |
| Jan 2022 | $736.12 | $345.39 | $390.73 | $0.00 | $0.00 | $0.00 | | $2,190.88 | $2,072.19 | $118.69 |
| Feb 2022 | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $2,558.94 | $2,417.58 | $141.36 |
| Mar 2022 | $368.06 | $345.39 | $22.67 | $980.00 | $0.00 | $980.00 | STATE FARM INS | $1,947.00 | $2,762.97 | -$815.97 |
| Apr 2022 | $0.00 | $345.39 | -$345.39 | $512.83 | $512.83 | $0.00 | POLK TOWNSHIP (6) | $1,434.17 | $2,595.53 | -$1,161.36 |
| Apr 2022 | $0.00 | $0.00 | $0.00 | $0.00 | $959.00 | -$959.00 | STATE FARM INS | $1,434.17 | $1,636.53 | -$202.36 |
| May 2022 | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $1,802.23 | $1,981.92 | -$179.69 |
| Jun 2022 | $736.12 | $345.39 | $390.73 | $0.00 | $0.00 | $0.00 | | $2,538.35 | $2,327.31 | $211.04 |
| Jul 2022 | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $2,906.41 | $2,672.70 | $233.71 |
| Aug 2022 | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $3,274.47 | $3,018.09 | $256.38 |
| Sep 2022 | $368.06 | $345.39 | $22.67 | $2,645.74 | $2,672.70 | -$26.96 | PLEASANT VALLEY SD (6) | $996.79 | $690.78 | $306.01 |
| Oct 2022 | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $1,364.85 | $1,036.17 | $328.68 |
| Nov 2022 | $0.00 | $345.39 | -$345.39 | $0.00 | $0.00 | $0.00 | | $1,364.85 | $1,381.56 | -$16.71 |
| Dec 2022 (estimate) | $368.06 | $345.39 | $22.67 | $0.00 | $0.00 | $0.00 | | $1,732.91 | $1,726.95 | $5.96 |
| Totals | $4,416.72 | $4,144.68 | $272.04 | $4,138.57 | $4,144.53 | -$5.96 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2022 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

