In re:  Case No. 18-02607-MJC
Caridad Perez  Chapter 13
Beth A Fisher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 4
Date Rcvd: Sep 08, 2023  Form ID: ordsmiss  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Caridad Perez, Beth A Fisher, 2522 Holly Lane, Kunkletown, PA 18058-8075 |
| 5075371 | | COMENITY BANK/LB RETAIL, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5075372 | | COORDINATED HEALTH, PO BOX 826348, PHILADELPHIA, PA 19182-6348 |
| 5075376 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5075383 | + | NYC DEPT DEPT OF FINANCE, PARKING VIOLATIONS CHURCH ST STN, PO BOX 3600, NEW YORK, NY 10008-3600 |
| 5075384 | | PNC EDUCATIONAL LOAN CENTER, PO BOX 757, CUSTOMER SERVICE, PITTSBURGH, PA 15265-0001 |
| 5140367 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5075391 | + | VALOR FEDERAL CREDIT UNION, 315 FRANKLIN AVENUE, SCRANTON, PA 18503-1201 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFFC2 | Sep 08 2023 22:58:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5075364 | + | Email/Text: bncnotifications@pheaa.org | Sep 08 2023 19:02:00 | AES, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 5075365 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 19:11:40 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5099082 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 19:11:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5075366 | | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | CAPITAL ONE, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5075367 | | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5075368 | + | EDI: CITICORP.COM | Sep 08 2023 22:58:00 | CITIBANK, 701 EAST 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5075370 | | EDI: WFNNB.COM | Sep 08 2023 22:58:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5075369 | | EDI: WFNNB.COM | Sep 08 2023 22:58:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5075373 | | EDI: CRFRSTNA.COM | Sep 08 2023 22:58:00 | CREDIT FIRST NA/FIRESTONE, PO BOX 81083, CLEVELAND, OH 44181 |
| 5075374 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2023 19:11:38 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5089722 | | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | Capital One Bank (USA), N.A., PO Box 71083, |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 5099081 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 19:11:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5089760 | | EDI: CRFRSTNA.COM | Sep 08 2023 22:58:00 | Credit First National Association, PO Box 818011, Cleveland, OH 44181-8011 |
| 5075375 | | EDI: DISCOVER.COM | Sep 08 2023 22:58:00 | DISCOVER CARD, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5077314 | | EDI: DISCOVER.COM | Sep 08 2023 22:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5173312 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2023 19:02:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5173313 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2023 19:02:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5075377 | + | EDI: PRA.COM | Sep 08 2023 22:58:00 | GE CAPITAL RETAIL BANK, C/O PORTFOLIO RECOVERY, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502-4952 |
| 5075378 | | EDI: IRS.COM | Sep 08 2023 22:58:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5075379 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2023 19:02:00 | KOHLS DEPT STORES, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5075380 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:47 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5090806 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:46 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5075381 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2023 19:02:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5090590 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2023 19:02:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5093604 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2023 19:02:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5087043 | ^ | MEBN | Sep 08 2023 18:57:27 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5075382 | | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2023 19:02:00 | NELNET LOAN SERVICES, 3015 S PARKER RD, SUITE 425, AURORA, CO 80014-2904 |
| 5084191 | + | Email/Text: bncnotifications@pheaa.org | Sep 08 2023 19:02:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5075385 | | EDI: PRA.COM | Sep 08 2023 22:58:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962 |
| 5096289 | | EDI: PRA.COM | Sep 08 2023 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5075872 | + | EDI: RECOVERYCORP.COM | Sep 08 2023 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5075386 | | Email/Text: signed.order@pfwattorneys.com | Sep 08 2023 19:02:00 | PRESSLER FELT & WARSHAW LLP, 7 ENTIN ROAD, PARSIPPANY, NJ 07054 |
| 5075387 | | Email/Text: bankruptcynotices@psecu.com | Sep 08 2023 19:02:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5097994 | | EDI: Q3G.COM | Sep 08 2023 22:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5097993 | | EDI: Q3G.COM | Sep 08 2023 22:58:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5101584 | + | Email/Text: bncmail@w-legal.com | Sep 08 2023 19:02:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5075388 | | EDI: RMSC.COM | Sep 08 2023 22:58:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5075389 | | EDI: RMSC.COM | Sep 08 2023 22:58:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5075390 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 08 2023 19:02:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52409-8026 |
| 5088912 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 08 2023 19:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5077968 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 08 2023 19:11:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5524269 | + | Email/Text: EBN@edfinancial.com | Sep 08 2023 19:02:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5075392 | + | EDI: WFFC2 | Sep 08 2023 22:58:00 | WELLS FARGO HOME MORTGAGE, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 5075393 | + | EDI: WFFC2 | Sep 08 2023 22:58:00 | WFFNB/RAYMOUR & FLANIGAN, CSCL DISP TM MAC N8235-04M, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5075394 | + | EDI: PRA.COM | Sep 08 2023 22:58:00 | WORLD FINANCIAL NETWORK BANK, C/O PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502-4952 |
| 5086019 | + | EDI: WFFC2 | Sep 08 2023 22:58:00 | Wells Fargo Bank NA, MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 5098801 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 19:11:55 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084260 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5096327 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5088913 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ECMC | djwilcoxson@ecmc.org |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Beth A Fisher lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Caridad Perez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Caridad Perez,
aka Carrie Perez,

    **Debtor 1**

Beth A Fisher,
aka Beth Ann Fisher, aka Beth Fisher,

    **Debtor 2**

Chapter 13

Case No. 5:18−bk−02607−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 8, 2023

ordsmiss (05/18)