UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

In re: CARIDAD PEREZ § Case No. 5:18-bk-02607
BETH A FISHER §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/20/2018.

2) The plan was confirmed on 03/01/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/01/2020, 10/27/2020.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/15/2020, 08/07/2023.

5) The case was dismissed on 09/08/2023.

6) Number of months from filing or conversion to last payment: 58.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor(s) | $ 42,146.00 |
| Less amount refunded to debtor(s) | $ 49.02 |
| **NET RECEIPTS** | $ 42,096.98 |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $ 750.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,956.19 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,706.19 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VINCENT RUBINO, ESQUIRE | Lgl | 0.00 | NA | NA | 750.00 | 0.00 |
| DISCOVER | Uns | 1,779.05 | 1,858.37 | 1,858.37 | 1,440.56 | 0.00 |
| DISCOVER | Uns | 6,652.49 | 7,613.15 | 7,613.15 | 5,901.52 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,429.66 | 2,182.12 | 1,981.37 | 1,981.37 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 2,182.12 | 200.75 | 155.62 | 0.00 |
| DEPARTMENT OF HOUSING & | Sec | 0.00 | 33,341.85 | 0.00 | 0.00 | 0.00 |
| ECMC | Uns | 9,378.37 | 9,467.99 | 0.00 | 0.00 | 0.00 |
| ECMC | Uns | 29,997.00 | 27,572.27 | 0.00 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 3,995.11 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES INC | Uns | 0.00 | 923.60 | 923.60 | 715.95 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Sec | 7,633.00 | 7,853.26 | 1,279.48 | 1,279.48 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Sec | 17,273.00 | 17,469.05 | 1,578.36 | 1,578.36 | 0.00 |
| CAPITAL ONE BANK | Uns | 1,808.69 | 1,863.78 | 1,863.78 | 1,444.75 | 0.00 |
| CREDIT FIRST | Uns | 741.00 | 741.60 | 741.60 | 561.29 | 0.00 |
| CREDIT FIRST | Uns | 1,053.35 | 1,092.47 | 1,092.47 | 846.85 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 825.00 | 824.91 | 824.91 | 639.45 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,114.00 | 1,113.58 | 1,113.58 | 863.22 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MGMT; | Uns | 2,616.00 | 2,616.28 | 2,616.28 | 2,028.08 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,718.00 | 1,718.22 | 1,718.22 | 1,331.92 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 0.00 | 835.95 | 835.95 | 648.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,350.00 | 1,350.07 | 1,350.07 | 1,046.54 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,980.37 | 1,980.37 | 1,980.37 | 1,535.14 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,248.00 | 2,248.37 | 2,248.37 | 1,742.88 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 610.00 | 609.70 | 609.70 | 461.45 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 278.35 | 278.35 | 205.57 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 1,715.22 | 1,850.75 | 1,850.75 | 1,434.65 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 111.11 | 115.44 | 115.44 | 85.25 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 47.47 | 381.52 | 381.52 | 295.74 | 0.00 |
| ECAST SETTLEMENT CORP | Uns | 1,722.31 | 1,707.68 | 1,707.68 | 1,323.75 | 0.00 |
| BECKET & LEE | Uns | 1,009.00 | 1,009.40 | 1,009.40 | 782.46 | 0.00 |
| BECKET & LEE | Uns | 973.70 | 1,040.06 | 1,040.06 | 806.23 | 0.00 |
| BECKET & LEE | Uns | 3,002.12 | 3,087.74 | 3,087.74 | 2,393.54 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,248.00 | 1,248.32 | 1,248.32 | 967.66 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,328.84 | 1,387.31 | 1,387.31 | 1,075.41 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 3,016.00 | 3,015.52 | 3,015.52 | 2,337.56 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 537.33 | 537.33 | 406.68 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 45,809.53 | 45,817.41 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Sec | 132,203.34 | 129,677.59 | 73.86 | 73.86 | 0.00 |
| COMENITY BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 1,980.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| COORDINATED HEALTH | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 764.00 | NA | NA | 0.00 | 0.00 |
| NYC DEPT DEPT OF FINANCE | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| NYC DEPT DEPT OF FINANCE | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| PSECU | Uns | 2,533.18 | NA | NA | 0.00 | 0.00 |
| VALOR FEDERAL CREDIT UNION | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WFFNB/RAYMOUR & FLANIGAN | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 493.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 73.86 | $ 73.86 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,857.84 | $ 2,857.84 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,931.70 | $ 2,931.70 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,981.37 | $ 1,981.37 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,981.37 | $ 1,981.37 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 43,250.59 | $ 33,477.72 | $ 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ 3,706.19 | |
| Disbursements to Creditors | $ 38,390.79 | |
| **TOTAL DISBURSEMENTS:** | | $ 42,096.98 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 12/07/2023    By: /s/ Jack N. Zaharopoulos
                         STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)